## 8807.  HICKS *v.* LINDSEY.

LUKE, J. The allegations contained in the petition for certiorari are sufficient to require the sanction of the same, and it was error for the court to refuse the sanction.
    *Judgment reversed. Wade, C. J., and Jenkins, J., concur.*
     DECIDED NOVEMBER 16, 1917.

Petition for certiorari; from Berrien superior court—Judge Thomas. April 14, 1917.

*Hendricks, Mills & Hendricks,* for plaintiff in error.

*J. P. Knight,* contra.